IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. LYNCH [PP #562783] | : | CIVIL ACTION |
| v. | : | |
| LOUIS GEIOLA, et. al. | : | NO. 10-3451 |

## ORDER

AND NOW, this 19th day of January, 2016, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

3. The Commonwealth's Motion for Extension of Time to File Response to the Habeas Petition [Doc. 15] is **DISMISSED AS MOOT**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.